UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHLEEN BROOKS,

        Plaintiff,

v.                                                       Case No. 06-C-996

GENERAL CASUALTY COMPANY
OF WISCONSIN, et al.,

        Defendants.

**ORDER**

Defendant Arby Construction, Inc. presented an uncontested motion to amend the Court's scheduling order in this matter including the extension of certain deadlines and the addition of certain discovery limitations. The Court having considered the motion and declaration in support and being otherwise fully informed in the premises;

HEREBY ORDERS THAT:

1. Arby's uncontested motion to amend the scheduling order is GRANTED:

2. The Scheduling Order is Amended as follows:

a. All Defendants shall disclose information concerning defendants' lay and expert damage witnesses (excluding economic damage witnesses) in accordance with Civil L.R. 26.1(a) and (b) on or before January 30, 2008;

b. All Defendants shall complete any Rule 35 medical examination and provide reports of such examinations on or before January 30, 2008; and

c. the following additional discovery limitations and procedures for depositions pursuant to Rule 30 shall be followed:

   i. Each deposition of each individual adult plaintiff and of the personal representative of Patrick Higdon (deceased) and Margaret Higdon (deceased) shall not exceed six hours;

   ii. Each deposition of each individual minor plaintiff shall not exceed three hours;

   iii. Each deposition of a treating physician shall not exceed four hours. Should the initial session of any treating physician's deposition terminate in less than four hours without being completed, the defendants will be permitted to take subsequent depositions of each such physician with total deposition time not to exceed four hours each;

   iv. Defendants will use good faith efforts to complete the depositions of treating physicians Allen Grant and David Montgomery within the first two to three hour session provided by each doctor. If either deposition is not completed in the first session, the defendants will be permitted to take subsequent depositions of Drs. Grant and/or Montgomery with total deposition time not to exceed four hours each.

**SO ORDERED** this 31st day of October, 2007.

    s/ William C. Griesbach
    William C. Griesbach
    United States District Judge

2

Case 1:06-cv-00996-WCG    Filed 10/31/07    Page 2 of 2    Document 350