UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHLEEN BROOKS,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 06-C-996

GENERAL CASUALTY COMPANY
OF WISCONSIN, et al.,

        Defendants.

**ORDER**

      Several defendants have requested a stay of all discovery pending this court's determination of whether it will retain jurisdiction over the part of the case that remains. I am not persuaded, however, that the discovery that is scheduled would somehow be a fruitless waste of the parties' efforts. If it would be relevant discovery for a contribution action in this court, it would have the same relevance if the action were to proceed in state court. In fact, in disrupting already scheduled discovery, the requested stay would likely cause additional delays and set back the case even further. Accordingly, the request for a stay will be denied.

      **SO ORDERED** this   8th   day of May, 2008.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge